# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Deandre Jackson
ID# 371-838
9/21/88 (D.O.B)
720 Bosley Ave
Towson, MD 21204

(Full name, date of birth, identification #, address of petitioner)

**Plaintiff,**

v.

Case No.: _____
(Leave blank. To be filled in by Court)

① State of Maryland
Ivan Bates, States Attorney for Baltimore City
120 E. Baltimore St.
Baltimore, MD 21201

② Baltimore Police Dept.
Michael Harrison, Comm.
601 E. Fayette St.
Baltimore, MD 21201

(Full name and address of respondent)

**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☒

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

_____

Page 6 of 13

Instructions&Form1983 (06/2016)

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? _____

   b. Did you appeal? _____

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: Because Plantiff did not ever file a law suit nor is plantiff sueing a prison.

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 11/31/2021 the Plantiff, Deandre Jackson, was traveling in northeast Baltimore city. In the course of traveling the Plantiff noticed a marked Baltimore police car in his rear-view mirror but ignored it because there was

no legal reason to worry. The Plantiff, Deadre Jackson proceeded to his friends residence in northeast Baltimore. once at the residence, the Plantiff, Mr. Jackson proceeded to walk to friends residence. At that time an unmarked and unknown vehicle approached the Plantiff at a high rate of speed, considering it's Baltimore city with a high crime rate and high rate of corruption within the city; the Plantiff Mr. Jackson was in fear for his life and proceeded to take off in another direction on foot. Later revealed the unmarked car was plain clothes officer who then charged the Plantiff, Deandre ~~Davis~~ Jackson, with unlawful taking, ~~Handgun~~ handgun on person, Regullated firearm, illegal possession, illegal possession of ammunition. further more the Plantiff civil rights has been violated, malicious prosecution occurred, false imprisonment on the following grounds:

1.) The Plantiff, Deandre Jackson, 14th amendment right to liberty was violated by the Baltimore Police Department and the States Attorney's office for Baltimore City. The Baltimore Police did not have probable cause to arrest the plantiff Mr. Jackson, to wit: deprived him of his liberty and freedom.

2.) The Plantiff, Deandre Jackson, was false imprisoned by the Baltimore Police Department. Mr. Jackson was unlawfully detained, and unlawfully confined by Baltimore Police officers and was held against his will. Baltimore Police officers intended to confine the Plantiff without the Plantiff's consent without authority of law. The defendant's act causes the Plantiff's confinement also the Plantiff, Mr. Jackson was aware of his confinement. To the knowledge of the Plantiff he was false imprisoned by the Baltimore Police. Also false imprisoned by the State of Maryland for prosecuting a case without probable cause.

3.) The Plantiff, Deandre Jackson, raises malicious prosecution by the State of Maryland, State's Attorney's office for Baltimore City; the State lacked sufficient evidence to prosecute. Charges were filed in order to intimidate, harass, defame or otherwise injure the Plantiff. The State filed false charges on the Plantiff.

4.) Malicious prosecution occurred when the State of Maryland proceeded with the alleged criminal proceeding without probable cause, and with malicious intent.

5.) Malicious prosecution occurred when the state knowingly with malicious intent initiated baseless litigation against the plantiff. To wit: any malicious criminal proceeding that lacks probable cause regardless of weather the claimant was tried or even indicted may give rise to a malicious prosecution.

6.) On 12/13/2022, the plantiff was tried in the circuit court for Baltimore city and was tried on all handgun offenses in case # 122004610 and received a not guilty verdict. The state lacked probable cause when they dropped the unlawfully taking which was the purpose allegedly the police stopped the plantiff. But the state not only proceeded to prosecute without probable cause and lack of evidence, but trying a case where an alleged handgun was found in the alley. To the plantiff knowledge he was falsely accussed and was charged and tried on bogus charges which is grounds for malicious prosecution and civil rights violations to wit: violation of 14th amendment, 8th amendment, and other U.S. constitution violations.

7.) Due to the above claims the plantiff was not tried withing 180 days according to the maryland statute and 1 year according to federal statute

which is malicious prosecution.

8.) The institution or continuation of criminal legal proceeding against the plantiff; by, or, abetted by the defendant Prosecution; Termination of the prior proceeding in favor of plantiff; absence of Probable cause for instituting the prior Proceeding; malice as the primary purpose for the prior action; and injury or damage to the plantiff as a result of the prior action which is all the elements of a malicious prosecution claim, to the plantiff knowledge he feels the prosecution was malicious.

9.) due to the above issues the plantiff, Deadre Jackson, suffered from damages that were a direct result of malicious prosecution and civil rights violations. which include pain and suffering, emotional distress, experienced tramatic experiences, fear of entering a criminal trial is often enough to convince a Jury malicious act caused severe emotional damage, the plantiff incarceration caused confusion, bewilderment, isolation by wrongfully accused, time in jail detained or treated as a criminal also more emotional stress upon the plantiff, in addition just the uncertainty and fear of being in public and around people after being defamed caused plantiff to have social issues, damaged reputation, loss of future earning.

IV. Relief
(State briefly what you want the Court to do for you.)

respectfully ask the court to compensate the Plaintiff for compensatory and punitive damages, emotional distress, for damaged reputation, loss of future earnings, and court fees

SIGNED THIS 2nd day of April, 2023

Signature of Plaintiff

Deandre Jackson
Printed Name

720 Bosley Ave
Towson, MD 21204
Address

Telephone Number

Email Address